DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY D. GRUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-112-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER VACATING |
| | ) | STATUS CONFERENCE AND SETTING FOR |
| v. | ) | TCH AND JT |
| | ) | |
| TROY D. GRUBER, | ) | |
| | ) | Date: September 14, 2009 |
| Defendant. | ) | Time: 1000 a.m. |
| _____ | ) | Judge: Edmund F. Brennan |

   It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, TROY D. GRUBER that the status conference date of July 27, 2009 be vacated and a trial confirmation hearing be set for September 14, 2009 at 10:00 a.m. and a jury trial be set for September 29, 2009 at 9:30 a.m.

   This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

////

It is further stipulated that the period from the date of this stipulation through and including September 14, 2009 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 15, 2009                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Lauren D. Cusick
                                          LAUREN D. CUSICK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          TROY D. GRUBER

Dated:  July 15, 2009                    LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          /s/ Lauren D. Cusick for
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  July 21, 2009.                   EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE